ACCEPTED
15-24-00111-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/12/2025 10:54 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00111-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/12/2025 10:54:01 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT
## AUSTIN, TEXAS

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**
*Appellants*,

v.

**ChampionX, LLC**,
*Appellee*.

On Appeal from the 419th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-20-000139

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Deborah S. Sloan
State Bar No. 00786230
dsloan@jonesday.com
Jones Day
2727 N. Harwood Street
Suite 500
Dallas, Texas 75201-1515

John M. Allan
jmallan@jonesday.com
Antoinette L. Ellison
aellison@jonesday.com
Jones Day
1221 Peachtree Street NE
Suite 400
Atlanta, Georgia 30361

*Counsel for Appellee*

1

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellee ChampionX, LLC files this Unopposed Motion for Extension of Time to File Appellee's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and states as follows:

Appellee's Brief is currently due on **February 26, 2025**. By this Motion for Extension of Time, Appellee requests a 30-day extension to file its brief, making the new deadline to file **March 28, 2025**.

This extension is necessary because counsel for Appellee has existing out-of-state travel arrangements from February 14, 2025 through February 17, 2025 and February 26, 2025 through March 2, 2025, in addition to obligations that impact counsel's ability to prepare and file Appellee's Brief by the current deadline. These include preparation for and participation in a hearing before the Texas State Office of Administrative Hearings ("SOAH"), SOAH Docket Nos. 304-25-05500 and 304-25-05501, scheduled for February 27, 2025. Counsel also has significant discovery and other responsibilities relating to an administrative appeal before the Massachusetts Appellate Tax Board as well as attending to other client obligations.

This extension is not sought for the purpose of delay, but to enable counsel to prepare and submit a brief that assists the Court. This is Appellee's first request for an extension of time to file its Brief.

As set forth in the Certificate of Conference, this Motion for Extension of Time is unopposed.

**Conclusion & Prayer**

For the reason described above, Appellee respectfully requests that the Court grant this Motion for a 30-day extension of time, extending the deadline to file Appellee's Brief until March 28, 2025.

Dated:  February 12, 2025

                                    Respectfully submitted,

                                    /s/Deborah S. Sloan
                                    Deborah S. Sloan
                                    State Bar No. 00786230
                                    dsloan@jonesday.com
                                    Jones Day
                                    2727 N. Harwood Street, Suite 500
                                    Dallas, Texas 75201-1515

                                    John M. Allan
                                    jmallan@jonesday.com
                                    Antoinette L. Ellison
                                    aellison@jonesday.com
                                    Jones Day
                                    1221 Peachtree Street NE, Suite 400
                                    Atlanta, Georgia 30361

                                    *Counsel for Appellee*

**CERTIFICATE OF CONFERENCE**

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with Kelsey Hanson, counsel for the Appellants, and she has indicated that Appellants are unopposed to the relief sought by this motion for extension of time.

/s/Antoinette L. Ellison
Antoinette L. Ellison

## CERTIFICATE OF SERVICE

By my signature below, I certify that on February 12, 2025 a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Appellee's Brief was served on the following counsel of record via e-service:

Kelsey Hanson
Assistant Attorney General
State Bar No. 24096654
Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
512-463-8897
512-478-4013 (fax)
kelsey.hanson@oag.texas.gov

*Attorneys for Appellants*

/s/ Deborah S. Sloan
Deborah S. Sloan

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carla Dennis on behalf of Deborah Sloan
Bar No. 786230
cydennis@jonesday.com
Envelope ID: 97283157
Filing Code Description: Motion
Filing Description: ChampionX  Unopposed Motion for Extension of Time to File Appellees Brief
Status as of 2/12/2025 11:02 AM CST

Associated Case Party: ChampionX, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deborah Sloan | 786230 | dsloan@jonesday.com | 2/12/2025 10:54:01 AM | SENT |
| Carla Dennis | | cydennis@jonesday.com | 2/12/2025 10:54:01 AM | SENT |
| John MAllan | | jmallan@jonesday.com | 2/12/2025 10:54:01 AM | SENT |
| Antoinette L.Ellison | | aellison@jonesday.com | 2/12/2025 10:54:01 AM | SENT |

Associated Case Party: Ken Paxton, Attorney General of the State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kelsey Hanson | 24096654 | kelsey.hanson@oag.texas.gov | 2/12/2025 10:54:01 AM | SENT |